SCOTT A. KRONLAND (SBN 171693)
P. CASEY PITTS (SBN 262463)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  skronland@altber.com
            cpitts@altber.com

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
LISA C. DEMIDOVICH (SBN 245836)
ldemidovich@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendant United Teachers Los Angeles*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LAIRD,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED TEACHERS LOS ANGELES, *et al.*,<br><br>          Defendants. | CASE NO.:  2:21-cv-02313-FLA-AS<br><br>**UTLA'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>FRCP 12(b)(1) & (b)(6)<br><br>Hearing Date:  July 30, 2021<br>Hearing Time:  1:30 PM<br>Location:       Courtroom 6B<br>Judge:          Hon. Fernando L.<br>                     Aenlle−Rocha |

**UTLA'S NOTICE OF MOTION AND MOTION TO DISMISS**

Please take notice that defendant United Teachers Los Angeles ("UTLA") will, and hereby does, move for an order dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Plaintiff's claims for prospective declaratory and injunctive relief regarding future deductions of union dues from his pay must be dismissed for lack of jurisdiction pursuant to Rule 12(b)(1), because all such deductions ended before plaintiff filed this lawsuit. Plaintiff's Complaint also fails to state a viable claim for retrospective monetary relief from UTLA and is thus subject to dismissal under Rule 12(b)(6).  Plaintiff fails to allege any conduct by UTLA that constitutes "state action" for the purposes of 42 U.S.C. §1983 and, in any event, his allegations do not state legally viable First Amendment or Due Process claims.

This motion is set for hearing on July 30, 2021, at 1:30 p.m. in Courtroom 6B, 350 W. 1st Street, Los Angeles, California, before the Honorable Fernando L. Aenlle-Rocha.  This motion is based on the accompanying Memorandum of Points and Authorities and evidence submitted therewith, the complete files and records of this action, and such other matters as the Court may properly consider in ruling on the motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 2, 2021.


DATED:   June 9, 2021                    Respectfully submitted,

By:   _/s/ P. Casey Pitts_____
                                                    P. Casey Pitts

                                            SCOTT A. KRONLAND
                                            P. CASEY PITTS
                                            ALTSHULER BERZON LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRA L. GOTTLIEB
LISA C. DEMIDOVICH
BUSH GOTTLIEB, A Law Corporation

*Attorneys for Defendant UTLA*

UTLA'S MOTION TO DISMISS, No. 2:21-cv-02313-FLA-AS